IH-32                                                                                                        Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

___

**Full Caption of Later Filed Case:**

NAYA 1740 FUND LTD., NAYA COLDWATER FUND, NAYA MASTER FUND LP, NAYAWOOD LP, and QUANTUM PARTNERS LP, Individually and on Behalf of All Others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | |
| COUPANG, INC., BOM SUK KIM, GAURAV ANAND, MICHAEL PARKER, MATTHEW CHRISTENSEN, LYDIA JETT, NEIL MEHTA, BENJAMIN SUN, KEVIN WARSH, HARRY YOU, GOLDMAN SACHS & CO. LLC, ALLEN & COMPANY LLC, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., HSBC SECURITIES (USA), INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, MIZUHO SECURITIES USA LLC, and CLSA LIMITED | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

DAVID CHOI, Individually and on Behalf of All Others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:22-cv-07309 |
| COUPANG, INC., BOM SUK KIM, GAURAV ANAND, MICHAEL PARKER, MATTHEW CHRISTENSEN, LYDIA JETT, NEIL MEHTA, BENJAMIN SUN, KEVIN WARSH, HARRY YOU, GOLDMAN SACHS & CO. LLC, ALLEN & COMPANY LLC, and J.P. MORGAN SECURITIES LLC, | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open   (If so, set forth procedural status and summarize any court rulings.)

The complaint was filed on August 26, 2022. On August 29, 2022 electronic summons were issued to defendants and Judge Vernon S. Broderick was assigned.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases assert federal securities class action claims on behalf of investors in Coupang, Inc. securities against many of the same defendants, including Coupang, Inc. The cases allege similar facts and allege many of the same statements are false. Therefore, the cases are related.

Signature: /s/ Francis P. McConville    Date: 10/14/2022

Firm: Labaton Sucharow LLP