UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAYA 1740 FUND LTD., NAYA COLDWATER FUND, NAYA MASTER FUND LP, and NAYAWOOD LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUPANG, INC., BOM SUK KIM, GAURAV ANAND, MICHAEL PARKER, MATTHEW CHRISTENSEN, LYDIA JETT, NEIL MEHTA, BENJAMIN SUN, KEVIN WARSH, HARRY YOU, GOLDMAN SACHS & CO. LLC, ALLEN & COMPANY LLC, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., HSBC SECURITIES (USA), INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, MIZUHO SECURITIES USA LLC, and CLSA LIMITED,<br><br>Defendants. | No. 1:22-cv-08756<br><br>Judge Vernon S. Broderick<br><br><u>CLASS ACTION</u> |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)</u>**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no Defendant in the above-captioned action *Naya 1740 Fund Ltd. v. Coupang, Inc.*, No. 1:22-cv-08756, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment.

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Naya 1740 Fund Ltd., Naya Coldwater Fund, Naya Master Fund LP, and Nayawood LP hereby voluntarily dismiss the above-captioned action, without prejudice, as to all defendants.

| | |
|---|---|
| DATED: October 25, 2022 | Respectfully submitted, |
| | */s/ Francis P. McConville* |
| | **LABATON SUCHAROW LLP**<br>Francis P. McConville<br>David J. Schwartz<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>fmcconville@labaton.com<br>dschwartz@labaton.com |
| | *Attorneys for Plaintiffs* |