UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DAVID CHOI, Individually and on Behalf of All      :
Others Similarly Situated,                          :
                                                    :
                         Plaintiff,       :   22-CV-7309 (VSB)
                                                    :
       - against -                        :   **<u>ORDER</u>**
                                                    :
                                                    :
COUPANG, INC., BOM SUK KIM, GAURAV        :
ANAND, MICHAEL PARKER, MATTHEW            :
CHRISTENSEN, LYDIA JETT, NEIL MEHTA,      :
BENJAMIN SUN, KEVIN WARSH, HARRY          :
YOU, GOLDMAN SACHS & CO. LLC, ALLEN & :
COMPANY LLC, and J.P. MORGAN              :
SECURITIES LLC,                           :
                                                    :
                         Defendants.      :
-------------------------------------------------------------- X
                                                    :
NAYA 1740 FUND LTD., NAYA COLDWATER       :
FUND, NAYA MASTER FUND LP, NAYAWOOD :
LP, and QUANTUM PARTNERS LP, Individually :
and on Behalf of All Others Similarly Situated,     :   22-CV-8756 (VSB)
                                                    :
                         Plaintiff,       :
       - against -                        :
                                                    :
COUPANG, INC., BOM SUK KIM, GAURAV        :
ANAND, MICHAEL PARKER, MATTHEW            :
CHRISTENSEN, LYDIA JETT, NEIL MEHTA,      :
BENJAMIN SUN, KEVIN WARSH, HARRY YOU, :
GOLDMAN SACHS & CO. LLC, ALLEN &          :
COMPANY LLC, J.P. MORGAN SECURITIES       :
LLC, CITIGROUP GLOBAL MARKETS INC.,       :
HSBC SECURITIES (USA), INC., DEUTSCHE     :
BANK SECURITIES INC., UBS SECURITIES LLC, :
MIZUHO SECURITIES USA LLC, and CLSA       :
LIMITED,                                  :
                                                    :
                         Defendants.      :
                                                    :
--------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Before me is Movant the New York City Public Pension Funds' ("NYC Funds") motion seeking (1) consolidation of the above-captioned actions, (2) appointment of lead plaintiff, and (3) approval of lead counsel, along with the Movants subsequent Motion of Non-Opposition. (Docs. 25, 37.)  An Opinion and Order will be filed shortly, but to address all three requests simultaneously, it is hereby

ORDERED that Movant NYC Funds file a letter by March 22, 2023, addressing the impact of the notice of voluntary dismissal filed in 22-CV-8756, (Doc. 11), on its request to consolidate.

SO ORDERED.

Dated: March 15, 2023
      New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge